[No. 14520-1-II.     Division Two.    July 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE
BRUCE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam
County, No. 90-1-00100-7, Gary W. Velie, J., entered Novem-
ber 30, 1990. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Morgan, C.J., and Houghton, J.